UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL WILSON, :
:
        Plaintiff, :
: Civil Action No. 3:13-CV-3076
        v. :
: (Judge Kosik)
JOHN KERESTES, et al., :
:
        Defendants. :

## ORDER

AND NOW, THIS 12th DAY OF FEBRUARY, 2015, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation (Doc. 10) of Magistrate Judge Thomas M. Blewitt is **ADOPTED**;

(2) Plaintiff's claim for compensatory damages against Defendants in their official capacities is **DISMISSED WITH PREJUDICE**;

(3) Plaintiff's claim for punitive damages against Defendants in their official capacities is **DISMISSED WITH PREJUDICE**;

(4) Plaintiff's First Amendment right of access to the courts claim is **DISMISSED WITH PREJUDICE**;

(5) Plaintiff's Fourteenth Amendment Due Process claim against Defendants is **DISMISSED WITH PREJUDICE**;

(6) Plaintiff's defamation of character claim against Defendants is **DISMISSED WITH PREJUDICE**;

(7) Plaintiff's First Amendment retaliation claim against Defendants Luquis, Muick, Corbacio, Miller, Lewis, and Kerestes is **DISMISSED WITH PREJUDICE**;

(8) Plaintiff's First Amendment retaliation claim will **PROCEED** against Defendants Mayer and Bisel;

(9) Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**; and

(10) The Clerk of Court is directed to **REMAND** this case to a Magistrate Judge for further proceedings consistent with this Order.

s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge